**STATE of Missouri, Respondent,**

v.

**Eric McCULLY, Appellant.**

**No. WD 39719.**

Missouri Court of Appeals, Western District.

May 17, 1988.

Larry C. Pace, Kansas City, and Kelly J. Moorhouse, Independence, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and CLARK and SHANGLER, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction of assault in the second degree, § 565.060, RSMo 1986, and sentence of two years' imprisonment.

Judgment affirmed. Rule 30.25(b).